AUSA Garth Backe

# United States District Court

Western District Of Texas

FILED
2010 NOV 15 AM 11: 15
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

**UNITED STATES OF AMERICA**
V.
Luis CASTANEDA-Barela

**CRIMINAL COMPLAINT**

CASE NUMBER: A-10-M-865

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 17, 2010, in Travis County, in the Western District of Texas defendant(s),

**Luis CASTANEDA-Barela**, an alien, was found in the United States in the Western District of Texas after being previously removed from the United States to **Mexico** on or about June 12, 2008, at Laredo, TEXAS, and who had not thereafter obtained the consent of the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission to the United States.

in violation of Title **8** United States Code, Section(s) **1326**. I further state that I am an **Immigration Enforcement Agent - Immigration and Customs Enforcement** and that this complaint is based on the following facts:

On or about October 17, 2010, Defendant, **Luis CASTANEDA-Barela**, an alien, was found in the Travis County Jail, Austin, Texas within the Western District of Texas. At that time, Immigration Enforcement Agent Miguel Cotto placed a detainer after interviewing the subject, and subsequently conducting record checks. On November 15, 2010, CASTANEDA was released to ICE custody. At this time Immigration Enforcement Agent Jon Kwiatkowski interviewed **CASTANEDA** and determined that he illegally reentered the United States on an unknown date, at or near an unknown location. Records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about June 12, 2008, at Laredo, TEXAS, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

Continued on the attached sheet and made a part hereof:  ☐ Yes   X No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

November 15, 2010                              at                              Austin, Texas
_____                                _____
Date                                                                        City and State

Robert Pitman
U.S. Magistrate Judge                                               _____
_____                                Signature of Judicial Officer
Name & Title of Judicial Officer